**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CYBRUCH, ADAM § Case No. 10-49673
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
7th Floor
Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 02/07/2012 in Courtroom 744, United States Courthouse,
219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  01/09/2012          By:  /s/RICHARD M. FOGEL
                                              Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CYBRUCH, ADAM § Case No. 10-49673
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 5,000.15 |
| *and approved disbursements of* | $ 105.14 |
| *leaving a balance on hand of* [1] | $ 4,895.01 |
| **Balance on hand:** | $ 4,895.01 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,895.01 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - RICHARD M. FOGEL | 1,250.01 | 0.00 | 1,250.01 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 1,250.01 |
| Remaining balance: | $ 3,645.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 3,645.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,645.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,667.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | US BANK NA | 9,930.51 | 0.00 | 828.91 |
| 2 | PYOD LLC, as assignee of Citibank NA | 27,264.25 | 0.00 | 2,275.78 |
| 3 | Citibank South Dakota NA | 6,473.04 | 0.00 | 540.31 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,645.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
                    Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                          Northern District of Illinois
```

In re:                                                         Case No. 10-49673-ERW
Adam Cybruch                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pseamann              Page 1 of 2                   Date Rcvd: Jan 10, 2012
                               Form ID: pdf006             Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2012.
db           +Adam Cybruch,    626 E. Woodfield Trail,    Roselle, IL 60172-1054
16385582     +Blatt, Hasenmiller, Leibsker, Moore,    125 S. Wacker Dr.,    Ste. 400,   Chicago, IL 60606-4440
16385583     +Citi-Visa,    PO Box 6077,   Sioux Falls, SD 57117-6077
16385584     +Citibank,    Po Box 6241,   Sioux Falls, SD 57117-6241
17028511     +Citibank South Dakota NA,    Payment Center,    4740 121st St,   Urbandale, IA 50323-2402
16385585     +Citibank na,    Po Box 769006,   San Antonio, TX 78245-9006
17621922     +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
16385587     +Hauselman & Rappin,    39 South LaSalle,    Chicago, IL 60603-1720
16385589    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Motor Credit,    19001 S. Western Ave,    WF21,
               Torrance, CA 90501)
16385590    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  U S Bank,    101 5th St E Suite A,   Saint Paul, MN 55101)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16901240     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 11 2012 03:09:22
               Credit Collection Services,    2 Wells Ave.,    Newton Center, MA 02459-3246
16385588     +E-mail/Text: EBN.Navistar@navistar.com Jan 11 2012 03:13:15     Navistar Financial Corp.,
               Legal Department,    425 N. Martingale Rd, 18th Floor,    Schaumburg, IL 60173-2219
16905130     +E-mail/Text: resurgentbknotifications@resurgent.com Jan 11 2012 03:06:43
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16847995*   ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  US BANK NA,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)
16385586    ##+Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                         TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2012**       **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: pseamann              Page 2 of 2            Date Rcvd: Jan 10, 2012
                              Form ID: pdf006             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2012 at the address(es) listed below:
    Michael J Worwag  on behalf of Debtor Adam Cybruch mjworwag@gmail.com
    Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
    Richard M Fogel  rfogel@shawgussis.com, IL72@ecfcbis.com
    Steven R Rappin  on behalf of Creditor  CitiMortgage, Inc. dolswang@hrolaw.com,
     rarredondo@hrolaw.com
                                  TOTAL: 4