**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CYBRUCH, ADAM § Case No. 10-49673
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                     Assets Exempt: $21,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,645.03     Claims Discharged
                                                Without Payment: $40,160.92

Total Expenses of Administration: $1,355.15

3) Total gross receipts of $ 5,000.18 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.18 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $260,086.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,355.16 | 1,355.15 | 1,355.15 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 43,616.15 | 43,667.80 | 43,667.80 | 3,645.03 |
| **TOTAL DISBURSEMENTS** | $303,702.15 | $45,022.96 | $45,022.95 | $5,000.18 |

    4) This case was originally filed under Chapter 7 on November 05, 2010. The case was pending for 16 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/01/2012    By: /s/RICHARD M. FOGEL
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Great Dane Trailer | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 0.18 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.18** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citibank na | 4110-000 | 43,955.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 4110-000 | 174,291.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Motor Credit | 4210-000 | 23,040.00 | N/A | N/A | 0.00 |
| NOTFILED | Navistar Financial Corp. Legal Department | 4210-000 | 18,800.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$260,086.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,250.02 | 1,250.01 | 1,250.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 5.14 | 5.14 | 5.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,355.16 | 1,355.15 | 1,355.15 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US BANK NA | 7100-900 | 9,937.00 | 9,930.51 | 9,930.51 | 828.93 |
| 2 | PYOD LLC, as assignee of Citibank NA | 7100-900 | 27,264.00 | 27,264.25 | 27,264.25 | 2,275.79 |
| 3 | Citibank South Dakota NA | 7100-900 | 6,277.00 | 6,473.04 | 6,473.04 | 540.31 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Credit Collection Services | 7100-000 | 138.15 | N/A | N/A | 0.00 |
| NOTFILED | Hauselman & Rappin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt, Hasenmiller, Leibsker, Moore | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 43,616.15 | 43,667.80 | 43,667.80 | 3,645.03 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-49673  
**Case Name:** CYBRUCH, ADAM  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 11/05/10 (f)  
**§341(a) Meeting Date:** 01/11/11  

**Period Ending:** 03/01/12  
**Claims Bar Date:** 04/14/11

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate Located at 626 E Woodfield Trl., Ros<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 200,000.00 | 0.00 | | 0.00 | FA |
| 2 | Personal Checking account with Citibank<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Miscellaneous Household Goods and Used Furniture<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Used books, compact discs family pictures<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Used Personal Clothing<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | 100% Shareholder of Dap Logistic, Inc.<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7 | 1994 Toyota Camry- Rebuilt Tite- Son Drives<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | 2008 Toyota Highlander<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 20,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2007 Great Dane Trailer<br>　Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 26,000.00 | 5,200.00 | | 5,000.00 | FA |
| 10 | Hand Tools<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.18 | FA |
| 11 Assets | Totals (Excluding unknown values) | **$249,600.00** | **$5,200.00** | | **$5,000.18** | **$0.00** |

RE PROP# 9   Authorized to sell right, title and interest to debtor for $5,000 per o/c 2-8-11

Printed: 03/01/2012 07:23 AM   V.12.57

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-49673  
**Case Name:** CYBRUCH, ADAM  

**Period Ending:** 03/01/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 11/05/10 (f)  
**§341(a) Meeting Date:** 01/11/11  
**Claims Bar Date:** 04/14/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** September 30, 2011     **Current Projected Date Of Final Report (TFR):** January 9, 2012 (Actual)

Printed: 03/01/2012 07:23 AM     V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-49673 | | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| Case Name: | CYBRUCH, ADAM | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******71-65 - Checking Account |
| Taxpayer ID #: | **-***3533 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/01/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/16/11 | {9} | ADAM CYBRUCH | First Installment payment per o/c 2-8-11 | 1129-000 | 1,000.00 | | 1,000.00 |
| 04/15/11 | {9} | ADAM CYBRUCH | Installment payment | 1129-000 | 500.00 | | 1,500.00 |
| 05/16/11 | {9} | ADAM CYBRUCH | Installment payment | 1129-000 | 500.00 | | 2,000.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,000.01 |
| 06/17/11 | {9} | ADAM CYBRUCH | Installment payment | 1129-000 | 500.00 | | 2,500.01 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,500.02 |
| 07/18/11 | {9} | ADAM CYBRUCH | Installment payment | 1129-000 | 500.00 | | 3,000.02 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,000.03 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 5.14 | 2,994.89 |
| 08/18/11 | {9} | ADAM CYBRUCH | Installment payment | 1129-000 | 500.00 | | 3,494.89 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,494.91 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,469.91 |
| 09/14/11 | {9} | ADAM CYBRUCH | Installment payment | 1129-000 | 500.00 | | 3,969.91 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,969.93 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,944.93 |
| 10/17/11 | {9} | ADAM CYBRUCH | Installment payment | 1129-000 | 500.00 | | 4,444.93 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,444.95 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,419.95 |
| 11/16/11 | {9} | ADAM CYBRUCH | Final payment | 1129-000 | 500.00 | | 4,919.95 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,919.98 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,894.98 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,895.01 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,895.04 |
| 02/08/12 | 1001 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,250.01, Trustee Compensation; Reference: | 2100-000 | | 1,250.01 | 3,645.03 |
| 02/08/12 | 1002 | US BANK NA | 8.34% dividend on Claim # 1, Ref: 4037840024459677 | 7100-900 | | 828.93 | 2,816.10 |
| 02/08/12 | 1003 | PYOD LLC, as assignee of Citibank NA | 8.34% dividend on Claim # 2, Ref: 5424180313348721 | 7100-900 | | 2,275.79 | 540.31 |
| 02/08/12 | 1004 | Citibank South Dakota NA | 8.34% dividend on Claim # 3, Ref: 4122-5100-3812-5509 | 7100-900 | | 540.31 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | 5,000.18 | 5,000.18 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 5,000.18 | 5,000.18 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,000.18** | **$5,000.18** | |

{} Asset reference(s)

Printed: 03/01/2012 07:23 AM     V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 10-49673 | | **Trustee:** | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| **Case Name:** | CYBRUCH, ADAM | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******71-65 - Checking Account |
| **Taxpayer ID #:** | **-***3533 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 03/01/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******71-65** | 5,000.18 | 5,000.18 | 0.00 |
| | $5,000.18 | $5,000.18 | $0.00 |

{} Asset reference(s)

Printed: 03/01/2012 07:23 AM    V.12.57